| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF ARIZONA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

**1. Debtor's name**  
AGT Soft Wave, Inc

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
47-2251781

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **254 S. Mulburry Street** <br> **Mesa, AZ 85202** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Maricopa** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

| Debtor | AGT Soft Wave, Inc | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__3318__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   ☐ A plan is being filed with this petition.
   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

| Debtor | AGT Soft Wave, Inc | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds** *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | AGT Soft Wave, Inc | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 18, 2017**
MM / DD / YYYY

**X /s/ Russ Corrigan**       **Russ Corrigan**
Signature of authorized representative of debtor      Printed name

Title  **President and CEO**

**18. Signature of attorney**

**X /s/ Jonathan Philip Ibsen**       Date **April 18, 2017**
Signature of attorney for debtor      MM / DD / YYYY

**Jonathan Philip Ibsen**
Printed name

**Canterbury Law Group, LLP**
Firm name

**14300 N. Northsight Blvd., Suite 129**
**Scottsdale, AZ 85260**
Number, Street, City, State & ZIP Code

Contact phone  **(480) 240-0040**       Email address  **jibsen@clgaz.com**

**023284**
Bar number and State

Fill in this information to identify the case:

Debtor name: **AGT Soft Wave, Inc**
United States Bankruptcy Court for the: **DISTRICT OF ARIZONA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alliance Engineering Group 5524 East 4th Street Tucson, AZ 85711 | | | | | | $4,700.00 |
| Brady Bruce 18157 W. Echo Lane Waddell, AZ 85355 | | | | | | $1,554.61 |
| Brian G. Barker 2808 Pasadena Avenue Kingman, AZ 86401 | | | | | | $6,395.53 |
| Bruce Barker 345 W. Diamond Creek Meadview, AZ 86444 | | | | | | $9,046.45 |
| Carrie Borgen C/O Tiffany & Bosco 2525 E Camelback Rd Phoenix, AZ 85016 | | Judgement Creditor | | | | $150,000.00 |
| Carrie Borgen 811 N Santa Anna St Chandler, AZ 85224 | | | | | | $353.04 |
| Copper State Bolt & Nut Co. 3622 North 34th Avenue Phoenix, AZ 85017 | | | | | | $189.97 |
| Hellman & Associates 11913 W I-70 Frontage Road North Wheat Ridge, CO 80033 | | | | | | $2,800.00 |
| Kyle Barbosa PO Box 526 Waddell, AZ 85355 | | | | | | $1,164.08 |

| Debtor | AGT Soft Wave, Inc | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Legend Technical Services, Inc.<br>17631 N 25th Ave<br>Phoenix, AZ 85023 | | | | | | $807.00 |
| Mark Hulbert<br>9868 N. Heiselts Hollow Dr<br>Cedar Hills, UT 84062 | | | | | | $5,040.00 |
| Redstone Media Group Inc.<br>160 Charlotte Street<br>Peterborough<br>Ontario K9J2T8 | | | | | | $5,581.00 |
| Ricardo Barbosa<br>C/O Tiffany & Bosco<br>2525 E Camelback Rd<br>Phoenix, AZ 85016 | | Judgement Creditor | | | | $150,000.00 |
| Rick Barbosa<br>PO Box 526<br>Waddell, AZ 85355 | | | | | | $4,031.67 |
| Salinas Valley Ammonia Safety Day<br>PO Box 10028<br>Salinas, CA 93912 | | | | | | $550.00 |
| Superior Essex<br>P.O. Box 90413<br>Chicago, IL 60696 | | | | | | $0.00 |

AGT Soft Wave, Inc -


ALLIANCE ENGINEERING GROUP
5524 EAST 4TH STREET
TUCSON AZ 85711


BRADY BRUCE
18157 W. ECHO LANE
WADDELL AZ 85355


BRIAN G. BARKER
2808 PASADENA AVENUE
KINGMAN AZ 86401


BRUCE BARKER
345 W. DIAMOND CREEK
MEADVIEW AZ 86444


CARRIE BORGEN
811 N SANTA ANNA ST
CHANDLER AZ 85224


CARRIE BORGEN
C/O TIFFANY & BOSCO
2525 E CAMELBACK RD
PHOENIX AZ 85016


COPPER STATE BOLT & NUT CO.
3622 NORTH 34TH AVENUE
PHOENIX AZ 85017


HELLMAN & ASSOCIATES
11913 W I-70 FRONTAGE ROAD NORTH
WHEAT RIDGE CO 80033


KYLE BARBOSA
PO BOX 526
WADDELL AZ 85355


LEGEND TECHNICAL SERVICES, INC.
17631 N 25TH AVE
PHOENIX AZ 85023


MARK HULBERT
9868 N. HEISELTS HOLLOW DR
CEDAR HILLS UT 84062

AGT Soft Wave, Inc -


REDSTONE MEDIA GROUP INC.
160 CHARLOTTE STREET
PETERBOROUGH ONTARIO K9J2T8


RICARDO BARBOSA
C/O TIFFANY & BOSCO
2525 E CAMELBACK RD
PHOENIX AZ 85016


RICK BARBOSA
PO BOX 526
WADDELL AZ 85355


SALINAS VALLEY AMMONIA SAFETY DAY
PO BOX 10028
SALINAS CA 93912


SUPERIOR ESSEX
P.O. BOX 90413
CHICAGO IL 60696

# United States Bankruptcy Court
## District of Arizona

In re **AGT Soft Wave, Inc**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **AGT Soft Wave, Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**America Greener Technologies, Inc.**
**C/O Canterbury Law Group LLP**
**14300 N Northsight Blvd Ste 129**
**Scottsdale, AZ 85260**

☐ None [*Check if applicable*]

**April 18, 2017**
Date

/s/ Jonathan Philip Ibsen
**Jonathan Philip Ibsen 023284**
Signature of Attorney or Litigant
Counsel for **AGT Soft Wave, Inc**
**Canterbury Law Group, LLP**
**14300 N. Northsight Blvd., Suite 129**
**Scottsdale, AZ 85260**
**(480) 240-0040 Fax:(480) 656-5966**
**jibsen@clgaz.com**